FANDEN REALTY CORPORATION, Appellant, v. CHARLES F. NOYES COMPANY, INC., Respondent.— Action to recover rent collected by defendant as plaintiff's

agent. Judgment dismissing the complaint on the merits at the close of the entire case, after trial at Trial Term, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.